# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Marisol Cruz

(List the full name(s) of the plaintiff(s)/petitioner(s).)

24 CV 89 (AT)(HJR)

-against-

**NOTICE OF APPEAL**

New York City Transit, et al

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Marisol Cruz

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☐ judgment  ☑ order  entered on: 02/25/2025

(date that judgment or order was entered on docket)

that:

unto this Honorable Court, respectfully plaintiff is appealing to the order to dismissed with prejuice by Judge Analisa Torres

(If the appeal is from an order, provide a brief description above of the decision in the order.)

03/27/2025
Dated

Signature

Cruz, Marisol
Name (Last, First, MI)

40 Monroe Street Apt J1, NY, N.Y. 10002
Address      City       State       Zip Code

(212) 518-6808
Telephone Number

E-mail Address (if available)

* Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13

APPEAL,CASREF,ECF,MEDTFR9,MOTREF,PRO−SE,SUA−SPONTE

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:24−cv−00089−AT−HJR

| | |
|---|---|
| Cruz v. New York City Transit et al | Date Filed: 01/02/2024 |
| Assigned to: Judge Analisa Torres | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Henry J Ricardo | Nature of Suit: 442 Civil Rights: Jobs |
| Cause: 42:2000e−2e Job Discrimination (Unlawful Employment Practices) | Jurisdiction: Federal Question |

**Plaintiff**

**Marisol Cruz**      represented by      **Marisol Cruz**
40 Monroe Street
Apt. J1
New York, NY 10002
(212) 518−6808
*PRO SE*

V.

**Defendant**

**New York City Transit**      represented by      **Renee Lucille Cyr**
*MTA*
Office of Steve S. Efron
237 West 35th Street
Ste 307
New York, NY 10001
212−867−1067
Fax: 212−682−5958
Email: rlcyr@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve S. Efron**
Steve S. Efron, Attorney at Law
237 West 35th Street
Suite 1502
New York, NY 10001
(212)867−1067
Fax: (212)−682−5958
Email: ssefron@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Martense Avitus**      represented by      **Renee Lucille Cyr**
*Collective Bargaining Manager*
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Afiya Garcia−Austin**      represented by      **Renee Lucille Cyr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

        **Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tanya Forrester**    represented by  **Renee Lucille Cyr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sandrea Flowers**    represented by  **Renee Lucille Cyr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Deborah Felice**    represented by  **Renee Lucille Cyr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sade Kronagay**    represented by  **Renee Lucille Cyr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**R. Wallace**    represented by  **Renee Lucille Cyr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Steve S. Efron**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 01/02/2024 | 1 | COMPLAINT against Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace. Document filed by Marisol Cruz. (sac) (Entered: 01/05/2024) |
| 01/02/2024 | 2 | REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Marisol Cruz. (sac) (Entered: 01/05/2024) |
| 01/02/2024 | | Case Designated ECF. (sac) (Entered: 01/05/2024) |
| 01/08/2024 | | NOTICE OF CASE REASSIGNMENT – SUA SPONTE to Judge Analisa Torres. Judge Unassigned is no longer assigned to the case. (laq) (Entered: 01/08/2024) |
| 01/08/2024 | | Magistrate Judge Katharine H. Parker is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018–06/AO–3.pdf. (laq) (Entered: 01/08/2024) |
| 01/08/2024 | 4 | ORDER GRANTING IFP APPLICATION: Leave to proceed in this Court without prepayment of fees is authorized. 28 U.S.C. § 1915. (Signed by Judge Laura Taylor Swain on 1/8/2024) (vn) (Entered: 01/08/2024) |
| 01/09/2024 | 5 | ORDER OF SERVICE: The Clerk of Court is directed to mail an information package to Plaintiff.The Clerk of Court is further instructed to issue summonses for all defendants, complete the USM–285 forms with the addresses for defendants, and deliver to the U.S. Marshals Service all documents necessary to effect service.Plaintiff may consent to accept service of documents for this case by email, instead of paper copies, by completing the attached form, Consent to Electronic Service.The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of anappeal. Cf. Coppedge v. United States, 369 U.S. 438, 44445 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).SO ORDERED. (Signed by Judge Analisa Torres on 1/9/2024) (jca) Transmission to Pro Se Assistants for processing. (Entered: 01/09/2024) |
| 01/09/2024 | 6 | MEDIATION REFERRAL ORDER FOR PRO SE CASE: IT IS ORDERED that this pro se case is referred for mediation to the Courts Mediation Program. Local Civil Rule 83.9 and the Mediation Program Procedures will govern the mediation. Unless otherwise ordered, the mediation will have no effect upon any scheduling order issued by this Court, and all parties are obligated to continue to litigate the case. IT IS FURTHER ORDERED that the Clerk of Court will attempt to locate pro bono counsel to represent Plaintiff at the mediation. Pro bono counsel will contact Plaintiff directly. The time to assign a mediator under Local Civil Rule 83.9 and the Courts Mediation Program Procedures will be deferred until pro bono counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Pro bono counsel will represent Plaintiff solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process. IT IS FURTHER ORDERED that any objection by Plaintiff either to the mediation or to the Court's request for pro bono counsel to represent Plaintiff in the mediation must be filed within 14 days of this order.SO ORDERED. Please reference the following when corresponding with the Mediation Office. E–mail MediationOffice@nysd.uscourts.gov, telephone (212) 805–0643, and facsimile (212) 805–0647. Mediator to be Assigned by 1/23/2024. (Signed by Judge Analisa Torres on 1/9/2024) (jca) Transmission to Office of Pro Se Litigation for processing. (Entered: 01/09/2024) |
| 01/09/2024 | 7 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non–dispositive pretrial motions, and settlement). Referred to Magistrate Judge Katharine H. Parker. SO ORDERED. (Signed by Judge Analisa Torres on 1/9/2024) (jca) (Entered: 01/09/2024) |
| 01/10/2024 | | MAILING RECEIPT: Document No: 4. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (mt) (Entered: 01/10/2024) |
| 01/10/2024 | 8 | INITIAL CASE MANAGEMENT CONFERENCE ORDER: Initial Conference set for 4/2/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. The Clerk of the Court is respectfully |

| | | |
|---|---|---|
| | | directed to mail a copy of this Order to the Plaintiff. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 1/10/2024) (vfr) (Entered: 01/10/2024) |
| 01/10/2024 | | MAILING RECEIPT: Document No: 6. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (mt) (Entered: 01/10/2024) |
| 01/12/2024 | | MAILING RECEIPT: Document No: 8. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (mt) (Entered: 01/12/2024) |
| 01/16/2024 | 9 | SUMMONS ISSUED as to Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace. (nb) (Entered: 01/16/2024) |
| 01/16/2024 | | FRCP 4 SERVICE PACKAGE DELIVERED TO U.S.M.: on 1/16/2024 Re: Judge Analisa Torres 5 Order of Service. The following document(s) were enclosed in the Service Package: Complaint, Summons, IFP, Order of Service, Completed U.S.M. form(s) for defendant(s)Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace. (nb) (Entered: 01/16/2024) |
| 01/16/2024 | 10 | INFORMATION PACKAGE MAILED to Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace, at, on 1/16/2024 Re: 5 Order of Service. The following document(s) were enclosed in the Service Package: a copy of the order of service or order to answer and other orders entered to date, a copy of the Mediation Referral Order for Pro Se Employment Discrimination Cases, the individual practices of the district judge and magistrate judge assigned to your case, Instructions for Litigants Who Do Not Have Attorneys, Notice Regarding Privacy and Public Access to Electronic Case Files, a flyer about the free legal assistance clinic located in the Thurgood Marshall Courthouse (only in non prisoner cases), a Motions guide, a notice that the Pro Se Manual has been discontinued, a Notice of Change of Address form to use if your contact information changes, a handout explaining matters handled by magistrate judges and consent form to complete if all parties agree to proceed for all purposes before the magistrate judge, a form for you to complete if you consent to receive filings electronically (only in nonprisoner cases). (nb) (Entered: 01/16/2024) |
| 03/05/2024 | 11 | NOTICE OF APPEARANCE by Renee Lucille Cyr on behalf of Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 03/05/2024) |
| 03/05/2024 | 12 | FIRST LETTER MOTION for Leave to File Acknowledgement of Service with 60 days to answer/move addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated March 5, 2024. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace. (Attachments: # 1 Appendix Acknowledgment of Service with USPS receipt, # 2 Appendix USPS Tracking Results).(Cyr, Renee) (Entered: 03/05/2024) |
| 03/06/2024 | 13 | ORDER granting 12 Letter Motion for Leave to File Document. Request GRANTED. Defendant has timely acknowledged service. Defendant must file and serve an answer or motion in response to the complaint by April 20, 2024. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 3/6/2024) (mml) (Entered: 03/06/2024) |
| 03/06/2024 | | Set/Reset Deadlines: Motions due by 4/20/2024. (mml) (Entered: 03/06/2024) |
| 03/07/2024 | | MAILING RECEIPT: Document No: 13. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (sac) (Entered: 03/07/2024) |
| 03/08/2024 | 14 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Complaint served. Afiya Garcia–Austin served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz..(sc) (Entered: 03/14/2024) |
| 03/08/2024 | 15 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Complaint served. Martense Avitus served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz. (sc) (Entered: 03/14/2024) |

| | | |
|---|---|---|
| 03/08/2024 | 16 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Deborah Felice served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz..(sc) (Entered: 03/14/2024) |
| 03/08/2024 | 17 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Sandrea Flowers, served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz..(sc) (Entered: 03/14/2024) |
| 03/08/2024 | 18 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED. Summons and Complaint served. Tanya Forrester served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz..(sc) (Entered: 03/14/2024) |
| 03/08/2024 | 19 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. Sade Kronagay served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz. (sc) (Entered: 03/14/2024) |
| 03/08/2024 | 20 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED Summons and Complaint served. R. Wallace, served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz..(sc) (Entered: 03/14/2024) |
| 03/08/2024 | 21 | MARSHAL'S PROCESS RECEIPT AND RETURN OF SERVICE EXECUTED.Summons and Complaint served. New York City Transit served on 2/20/2024, answer due 4/22/2024. Service was made by Mail, signed and returned by Steve Efron, Attorney. Document filed by Marisol Cruz..(sc) (Entered: 03/14/2024) |
| 04/01/2024 | | NOTICE TO THE PARTIES: REMINDER ] of the Initial Conference set for 4/2/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Judge Katharine H. Parker. re: 8 Order (ca) (Entered: 04/01/2024) |
| 04/01/2024 | 22 | FIRST LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated April 1, 2024. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 04/01/2024) |
| 04/01/2024 | 23 | ORDER granting 22 Letter Motion to Adjourn Conference. Request GRANTED. The initial case management conference scheduled for April 2, 2024 is hereby rescheduled to Tuesday, May 7, 2024 at 3 p.m. in Courtroom 17−D, United States Courthouse, 500 Pearl Street, New York, NY 10007. SO ORDERED. Initial Conference set for 5/7/2024 at 03:00 PM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 4/1/2024) (vfr) (Entered: 04/01/2024) |
| 04/01/2024 | 24 | NOTICE OF APPEARANCE by Steve S. Efron on behalf of Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Efron, Steve) (Entered: 04/01/2024) |
| 04/02/2024 | | Mailed a copy of 23 Order on Motion to Adjourn Conference, to Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002 (ca) (Entered: 04/02/2024) |
| 04/02/2024 | | MAILING RECEIPT: Document No: 23. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (nb) (Entered: 04/02/2024) |
| 04/17/2024 | 25 | FIRST LETTER MOTION for Extension of Time to File Answer re: 1 Complaint addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated April 17, 2024. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 04/17/2024) |
| 04/18/2024 | 26 | ORDER granting 25 Letter Motion for Extension of Time to Answer re: 1 Complaint addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated April 17, 2024. Request GRANTED. Defendant's answer to the complaint is due on Monday, May 6, 2024. No further extensions will be granted absent good cause. SO |

| | | |
|---|---|---|
| | | ORDERED. 1 Complaint. Martense Avitus answer due 5/6/2024; Deborah Felice answer due 5/6/2024; Sandrea Flowers answer due 5/6/2024; Tanya Forrester answer due 5/6/2024; Afiya Garcia–Austin answer due 5/6/2024; Sade Kronagay answer due 5/6/2024; New York City Transit answer due 5/6/2024; R. Wallace answer due 5/6/2024. (Signed by Magistrate Judge Katharine H. Parker on 4/18/2024) (vfr) (Entered: 04/18/2024) |
| 04/19/2024 | | MAILING RECEIPT: Document No: 26. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (nb) (Entered: 04/19/2024) |
| 05/03/2024 | 27 | SECOND LETTER MOTION to Adjourn Conference *or to appear remotely* addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated May 3, 2024. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 05/03/2024) |
| 05/06/2024 | 28 | ORDER granting 27 Letter Motion to Adjourn Conference. APPLICATION GRANTED: The Case Management Conference in this matter scheduled for Tuesday, May 7, 2023, at 3:00 p.m. is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434–5269; access code 4858267. The Plaintiff has been notified by chambers about the change to telephonic proceeding. APPLICATION GRANTED. (Signed by Magistrate Judge Katharine H. Parker on 5/6/2024) (tg) Modified on 5/6/2024 (tg). (Entered: 05/06/2024) |
| 05/06/2024 | 29 | ORDER re: 27 SECOND LETTER MOTION to Adjourn Conference *or to appear remotely* addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated May 3, 2024. filed by Sade Kronagay, Afiya Garcia–Austin, Sandrea Flowers, Martense Avitus, Tanya Forrester, New York City Transit, Deborah Felice, R. Wallace. APPLICATION GRANTED: The Case Management Conference in this matter scheduled for Tuesday, May 7, 2024, at 3:00 p.m. is hereby converted to a telephonic conference. The parties are directed to call Judge Parker's AT&T conference line at the scheduled time. Please dial (866) 434–5269; access code 4858267. The Plaintiff has been notified by chambers about the change to telephonic proceeding. APPLICATION GRANTED. ( Telephone Conference set for 5/7/2024 at 03:00 PM before Magistrate Judge Katharine H. Parker.) (Signed by Magistrate Judge Katharine H. Parker on 5/6/2024) (tg) (Entered: 05/06/2024) |
| 05/06/2024 | 30 | FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 05/06/2024) |
| 05/06/2024 | 31 | MEMORANDUM OF LAW in Support re: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. . Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia–Austin, Sade Kronagay, New York City Transit, R. Wallace. (Attachments: # 1 Appendix A–1 SDHR Complaint part 1, # 2 Appendix A–2 SDHR Complaint part 2, # 3 Appendix B SDHR Amendment to Complaint, # 4 Appendix C SDHR Determination and Order After Investigation, # 5 Appendix D 2023 Arbitration Opinion and Award).(Cyr, Renee) (Entered: 05/06/2024) |
| 05/07/2024 | | MAILING RECEIPT: Document No: 28. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (rdz) (Entered: 05/07/2024) |
| 05/07/2024 | | MAILING RECEIPT: Document No: 29. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (rdz) (Entered: 05/07/2024) |
| 05/07/2024 | 32 | Minute Entry for proceedings held before Magistrate Judge Katharine H. Parker: Telephonic Initial Pretrial Conference / Case Management / Discovery / Scheduling / Status – held on 5/7/2024 : See Transcript for Details. A transcript of this proceeding is available by utilizing the attached order form. AT&T Conference Line. (ca) (Entered: 05/07/2024) |
| 05/07/2024 | 33 | ORDER SCHEDULING SETTLEMENT CONFERENCE: A settlement conference in this matter is scheduled for Thursday, August 1, 2024 at 10:00 a.m. in Courtroom 17–D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in–person with their counsel. Corporate parties must send the person with |

| | | |
|---|---|---|
| | | decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre−conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre−conference submissions must be received by the Court no later than July 25, 2024 by 5:00 p.m. The Clerk of Court is directed to mail a copy of this order to the Plaintiff. SO ORDERED. Settlement Conference set for 8/1/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 5/7/2024) (vfr) (Entered: 05/07/2024) |
| 05/08/2024 | | Mailed a copy of 33 Scheduling Order, to Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002 (ca) (Entered: 05/08/2024) |
| 05/08/2024 | 34 | AMENDED MEMORANDUM OF LAW in Support re: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. . Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace. (Attachments: # 1 Appendix A−1 SDHR Complaint part 1, # 2 Appendix A−2 SDHR Complaint part 2, # 3 Appendix B SDHR Amendment, # 4 Appendix C SDHR Determination, # 5 Appendix D Arb Opinion and Award).(Cyr, Renee) (Entered: 05/08/2024) |
| 05/14/2024 | 35 | AFFIDAVIT OF SERVICE of Motion to Dismiss served on Marisol Cruz on May 8, 2024. Service was made by mail. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Efron, Steve) (Entered: 05/14/2024) |
| 06/04/2024 | 36 | LETTER addressed to Magistrate Judge Katharine H. Parker from Marisol Cruz dated 6/4/2024 re: I'm requesting an extension to reply to defendants Motion to Dismiss. Document filed by Marisol Cruz.(vfr) (Entered: 06/06/2024) |
| 06/10/2024 | 37 | NOTICE OF LIMITED APPEARANCE OF PRO BONO COUNSEL for Marisol Cruz..(Toes, Susanne) (Entered: 06/10/2024) |
| 06/10/2024 | 38 | LETTER addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated June 10, 2024 re: consenting to plaintiff's request for additional time to respond to defendants' motion to dismiss. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 06/10/2024) |
| 06/14/2024 | 39 | MOTION for Extension of Time. Document filed by Marisol Cruz..(rro) (Entered: 06/24/2024) |
| 06/25/2024 | 40 | MEMO ENDORSED ORDER with respect to 39 Letter Motion for Extension of Time. ENDORSEMENT: Request GRANTED. Plaintiff's opposition is due by July 15. 2024. SO ORDERED. (Signed by Magistrate Judge Katharine H. Parker on 6/25/2024) (vfr) (Entered: 06/25/2024) |
| 06/25/2024 | | Set/Reset Deadlines: Responses due by 7/15/2024 (vfr) (Entered: 06/25/2024) |
| 06/26/2024 | | MAILING RECEIPT: Document No: 40. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (nb) (Entered: 06/26/2024) |
| 06/27/2024 | | NOTICE OF MEDIATOR ASSIGNMENT – Notice of assignment of mediator. Mediator Schedule due by 7/29/2024.(sge) (Entered: 06/27/2024) |
| 07/15/2024 | 42 | NOTICE OF MOTION IN OPPOSITION TO MOTION TO DISMISS re: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. Document filed by Marisol Cruz. (sac) (Entered: 07/15/2024) |
| 07/15/2024 | 43 | DECLARATION of Marisol Cruz in Opposition re: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. Document filed by Marisol Cruz. (sac) (Entered: 07/15/2024) |
| 07/16/2024 | 44 | LETTER MOTION to Adjourn Conference addressed to Magistrate Judge Katharine H. Parker from Renee L. Cyr dated July 16, 2024. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 07/16/2024) |

| | | |
|---|---|---|
| 07/17/2024 | 45 | ORDER granting 44 Letter Motion to Adjourn Conference. APPLICATION GRANTED: The settlement conference in this matter scheduled for Thursday, August 1, 2024 at 10:00 a.m. in Courtroom 17−D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Tuesday, October 8, 2024 at 10:00 a.m. Parties must attend in−person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre−conference submissions in accordance with Judge Parker's Individual Rules of Practice. Pre−conference submissions must be received by the Court no later than October 1, 2024 by 5:00 p.m. The Clerk of Court is directed to mail a copy of this order to the Plaintiff. Settlement Conference set for 10/8/2024 at 10:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Katharine H. Parker. (Signed by Magistrate Judge Katharine H. Parker on 7/17/2024) (vfr) (Entered: 07/17/2024) |
| 07/18/2024 | | MAILING RECEIPT: Document No: 45. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (nb) (Entered: 07/18/2024) |
| 08/01/2024 | 46 | REPLY MEMORANDUM OF LAW in Support re: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. . Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 08/01/2024) |
| 08/05/2024 | 47 | AFFIDAVIT OF SERVICE of Reply Memorandum in Further Support of Motion to Dismiss served on Marisol Cruz on August 2, 2024. Service was made by Mail. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 08/05/2024) |
| 08/06/2024 | 48 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: ECF No. 30: Motion to dismiss Referred to Magistrate Judge Katharine H. Parker. SO ORDERED. Motions referred to Katharine H. Parker. (Signed by Judge Analisa Torres on 8/6/2024) (vfr) (Entered: 08/06/2024) |
| 08/06/2024 | | MOTIONS REFERRED: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety*. Motions referred to Katharine H. Parker. (vfr) (Entered: 08/06/2024) |
| 08/07/2024 | | MAILING RECEIPT: Document No: 48. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (kgo) (Entered: 08/07/2024) |
| 08/29/2024 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Henry J. Ricardo to handle matters that may be referred in this case. Please note that this is a reassignment of the designation only. (vba) (Entered: 08/29/2024) |
| 08/29/2024 | | NOTICE OF REASSIGNMENT OF A REFERRAL TO ANOTHER MAGISTRATE JUDGE. The referral in the above entitled action has been reassigned to Magistrate Judge Henry J Ricardo, for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Magistrate Judge Katharine H. Parker no longer referred to the case. Motions referred to Henry J Ricardo..(vba) (Entered: 08/29/2024) |
| 08/30/2024 | 49 | NOTICE TO THE PARTIES: In light of this matter having been reassigned to Judge Henry J. Ricardo on August 29, 2024 the Settlement Conference currently scheduled for October 8, 2024 is hereby adjourned sine die. re: Notice of Redesignation to Magistrate Judge/ Notice of Reassignment of Referral to Magistrate Judge (ca) (Entered: 08/30/2024) |
| 08/30/2024 | 50 | ORDER ADJOURNING SETTLEMENT CONFERENCE: In light of this matter having been reassigned to Judge Henry J. Ricardo on August 29, 2024 the Settlement Conference currently scheduled for October 8, 2024 is hereby adjourned sine die. The Clerk of Court is directed to mail a copy of this order to the Plaintiff. (Signed by Magistrate Judge Katharine H. Parker on 8/30/2024) (tro) (Entered: 08/30/2024) |

| | | |
|---|---|---|
| 09/03/2024 | | MAILING RECEIPT: Document No: 50. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (nb) (Entered: 09/03/2024) |
| 09/03/2024 | 51 | ORDER: The parties are directed to advise the Court within 14 days when they wish to schedule the settlement conference, whether at the previously selected date of October 8 or a different date. If the parties prefer a different date, they should do so by filing a letter−motion on the docket that indicates at least three dates that are mutually convenient for the parties. The Clerk of Court is directed to mail a copy of this order to the Plaintiff. SO ORDERED. (Signed by Magistrate Judge Henry J Ricardo on 9/3/2024) (sgz) (Entered: 09/03/2024) |
| 09/04/2024 | | MAILING RECEIPT: Document No: 51. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (Entered: 09/04/2024) |
| 09/17/2024 | 52 | LETTER MOTION to Adjourn Conference *pursuant to September 3, 2024, Order at Docket No. 51* addressed to Magistrate Judge Henry J. Ricardo from Renee L. Cyr dated September 17, 2024. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 09/17/2024) |
| 09/18/2024 | 53 | ORDER granting 52 Letter Motion to Adjourn Conference. A settlement conference is scheduled before Magistrate Judge Henry J.Ricardo on November 13, 2024, at 10:00 a.m., in Courtroom 20−D at 500 PearlStreet, New York, New York 10007. As further set forth in this Order. Settlement Conference set for 11/13/2024 at 10:00 AM in Courtroom 20D, 500 Pearl Street, New York, NY 10007 before Magistrate Judge Henry J Ricardo. (Signed by Magistrate Judge Henry J Ricardo on 9/18/2024) (sgz) (Entered: 09/18/2024) |
| 09/19/2024 | | MAILING RECEIPT: Document No: 53. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (Entered: 09/19/2024) |
| 11/08/2024 | 54 | Minute Entry for proceedings held before Magistrate Judge Henry J Ricardo: Telephone Conference held on 11/8/2024. (rdz) (Entered: 11/08/2024) |
| 11/08/2024 | 55 | Minute Entry for proceedings held before Magistrate Judge Henry J Ricardo: Telephone Conference held on 11/8/2024. (rdz) (Entered: 11/08/2024) |
| 11/13/2024 | 56 | Minute Entry for proceedings held before Magistrate Judge Henry J Ricardo: Settlement Conference held on 11/13/2024. (rdz) (Entered: 11/13/2024) |
| 01/16/2025 | 57 | REPORT AND RECOMMENDATION re: 30 FIRST MOTION to Dismiss *plaintiff's complaint in its entirety* filed by Sade Kronagay, Afiya Garcia−Austin, Sandrea Flowers, Martense Avitus, Tanya Forrester, New York City Transit, Deborah Felice, R. Wallace. Cruz brings a variety claims. Ultimately, each of them should be dismissed for one or more reasons. In summary: Cruz's New York State Human Rights Law claims arising from the denial of her request for a reasonable accommodation and arising from the alleged harassment that took place once she returned to work that she alleged in the SDHR should be dismissed with prejudice because Cruz elected to bring these claims before the SDHR, which deprives this Court of subject matter jurisdiction. Cruz's ADA, Title VII, and New York City Human Rights Law claims arising from the denial of her request for a reasonable accommodation and arising from the alleged harassment that took place once she returned to work that she alleged in the SDHR should be dismissed with prejudice based upon the doctrine of collateral estoppel; she presented these same factual allegations to the SDHR, the SDHR ruled against her, and she did not appeal. Cruz's ADA and Title VII claims arising from the alleged harassment that took place once she returned to work that she did not allege in the SDHR, and her subsequent termination after she stopped going to her worksite, should be dismissed without prejudice because Cruz has not exhausted her administrative remedies prior to filing in federal court. Cruz's ADA, Title VII, NYSHRL, and NYCHRL claims arising from the harassment allegedly committed by defendant Felice on June 9, 2023 and the termination of her employment are barred by the doctrine of collateral estoppel and should be dismissed with prejudice because these same factual allegations were decided in a binding arbitration. The Court should decline to exercise supplemental jurisdiction over the state and local law claims that should not otherwise be dismissed for the reasons described above, i.e., Cruz's NYSHRL and NYCHRL claims arising from the alleged harassment she experienced after returning to work that she did not allege in the SDHR. Cruz's ADA and Title VII |

| | | |
|---|---|---|
| | | claims against the individual Defendants should be dismissed with prejudice because there is no individual liability under those statutes. Cruz's claim for aggravated harassment under New York Penal Law § 240.30 should be dismissed with prejudice as there is no private right of action under this criminal statute. The Clerk of Court is respectfully directed to mail a copy of this Report and Recommendation to the plaintiff. Objections to R&R due by 1/30/2025 (Signed by Magistrate Judge Henry J Ricardo on 1/16/2025) (sgz) (Entered: 01/16/2025) |
| 01/17/2025 | | MAILING RECEIPT: Document No: 57. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (Entered: 01/17/2025) |
| 01/30/2025 | 58 | MOTION objection to the magistrate judge's proposed findings and recommendations. Document filed by Marisol Cruz.(yv) (Entered: 01/31/2025) |
| 01/30/2025 | 59 | DECLARATION of Marisol Cruz in Support re: 58 MOTION objection to the magistrate judge's proposed findings and recommendations. Document filed by Marisol Cruz.(yv) (Entered: 01/31/2025) |
| 02/14/2025 | 60 | RESPONSE re: 58 MOTION objection to the magistrate judge's proposed findings and recommendations., 59 Declaration in Support of Motion *Response to Plaintiff's Objections to Report and Recommendations of Magistrate Judge*. Document filed by New York City Transit, Martense Avitus, Afiya Garcia−Austin, Tanya Forrester, Sandrea Flowers, Deborah Felice, Sade Kronagay, R. Wallace..(Cyr, Renee) (Entered: 02/14/2025) |
| 02/19/2025 | 61 | AFFIDAVIT OF SERVICE of Defendants Response to Plaintiffs Objections to the Magistrate Judges Report and Recommendation that the Court Grant Defendants Motion to Dismiss and, separately, unreported cases pursuant to Local Civil Rule 7.2 served on Marisol Cruz on February 14, 2025 and February 19, 2025. Service was made by Mail. Document filed by New York City Transit, Martense Avitus, Afiya Garcia−Austin, Tanya Forrester, Sandrea Flowers, Deborah Felice, Sade Kronagay, R. Wallace..(Cyr, Renee) (Entered: 02/19/2025) |
| 02/26/2025 | 62 | ORDER ADOPTING REPORT AND RECOMMENDATION for 58 Motion for Miscellaneous Relief filed by Marisol Cruz, 30 Motion to Dismiss filed by Sade Kronagay, Afiya Garcia−Austin, Sandrea Flowers, Martense Avitus, Tanya Forrester, New York City Transit, Deborah Felice, R. Wallace, 57 Report and Recommendation. For the foregoing reasons, the Court overrules Cruz's objections, adopts the R&R in full, and orders as follows: 1. Cruz's NYSHRL claims arising out of the COVID Accommodation Allegations and those portions of the Post−Return Harassment Allegations that were litigated before the SDHR are DISMISSED, with prejudice, for lack of subject matter jurisdiction; 2. Cruz's ADA, Title VII, and NYCHRL claims related to the COVID Accommodation Allegations and those portions of the Post−Return Harassment Allegations that were litigated before the SDHR are DISMISSED, with prejudice, as barred by res judicata and collateral estoppel; 3. Cruz's ADA and Title VII claims based on those portions of the Post−Return Harassment Allegations that post−date the SDHR complaint are DISMISSED, without prejudice, for failure to exhaust administrative remedies; 4. Cruz's claims arising out of the 2023 Termination Allegations are DISMISSED, with prejudice, as barred by collateral estoppel; 5. Cruz's NYSHRL and NYCHRL claims based on those portions of the Post−Return Harassment Allegations that post−date the SDHR complaint are DISMISSED, without prejudice, for lack of supplemental subject matter jurisdiction; and 6. Cruz's claim for "aggravated harassment" under New York Penal Law § 240.30 is DISMISSED, with prejudice, for failure to state a claim. Any motion for leave to amend the complaint must be filed by March 18, 2025, and must be accompanied by (1) a proposed amended complaint; (2) a redline or a description of the changes from the original complaint to the proposed amended complaint; and (3) a memorandum of law explaining how the amendments address the deficiencies described in the R&R and this Order. The Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 30 and 58 and mail a copy of this order to Plaintiff pro se. SO ORDERED. (Motions due by 3/18/2025.) (Signed by Judge Analisa Torres on 2/25/2025) (mml) (Entered: 02/26/2025) |
| 02/27/2025 | | MAILING RECEIPT: Document No: 62. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (tn) (Entered: 02/27/2025) |

| | | |
|---|---|---|
| 03/18/2025 | 63 | AMENDED COMPLAINT amending 1 Complaint against Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace with JURY DEMAND.Document filed by Marisol Cruz. Related document: 1 Complaint..(rro) (Entered: 03/19/2025) |
| 03/18/2025 | 64 | DECLARATION. Document filed by Marisol Cruz..(rro) (Entered: 03/19/2025) |
| 03/18/2025 | 65 | NOTICE OF MOTION for Leave to file Amended Complaint. Document filed by Marisol Cruz. (ar) (Entered: 03/19/2025) |
| 03/20/2025 | 66 | FIRST LETTER MOTION for Extension of Time *in which to oppose Plaintiff's Motion for Leave to Amend Complaint* addressed to Magistrate Judge Henry J. Ricardo from Renee L. Cyr dated March 20, 2025. Document filed by Martense Avitus, Deborah Felice, Sandrea Flowers, Tanya Forrester, Afiya Garcia−Austin, Sade Kronagay, New York City Transit, R. Wallace..(Cyr, Renee) (Entered: 03/20/2025) |
| 03/20/2025 | 67 | ORDER granting 66 Letter Motion for Extension of Time. The Court has received Plaintiff Marisol Cruz's motion for leave to file an amended complaint. ECF No. 65; see also ECF Nos. 63−64. By April 15, 2025, Defendants shall serve and file their response to the motion. By April 29, 2025, Cruz may serve her optional reply. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff pro se. SO ORDERED. (Signed by Judge Analisa Torres on 3/20/2025) (tg) (Entered: 03/20/2025) |
| 03/20/2025 | | Set/Reset Deadlines: Responses due by 4/15/2025 Replies due by 4/29/2025. (tg) (Entered: 03/20/2025) |
| 03/21/2025 | 68 | MEMO ENDORSEMENT on re: 66 FIRST LETTER MOTION for Extension of Time *in which to oppose Plaintiff's Motion for Leave to Amend Complaint* addressed to Magistrate Judge Henry J. Ricardo from Renee L. Cyr dated March 20, 2025 filed by Sade Kronagay, Afiya Garcia−Austin, Sandrea Flowers, Martense Avitus, Tanya Forrester, New York City Transit, Deborah Felice, R. Wallace. ENDORSEMENT: GRANTED. By April 22, 2025, Defendants shall serve and file their response to Plaintiff's motion for leave to amend the complaint. By May 20, 2025, Plaintiff may file her optional reply brief. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff pro se. SO ORDERED. ( Replies due by 5/20/2025., Responses due by 4/22/2025) (Signed by Judge Analisa Torres on 3/21/2025) (vfr) (Entered: 03/21/2025) |
| 03/21/2025 | | MAILING RECEIPT: Document No: 67. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (ne) (Entered: 03/21/2025) |
| 03/24/2025 | | MAILING RECEIPT: Document No: 68. Mailed to: Marisol Cruz 40 Monroe Street Apt. J1 New York, NY 10002. (Entered: 03/24/2025) |
| 03/27/2025 | 69 | NOTICE OF INTERLOCUTORY APPEAL from 62 Order Adopting Report and Recommendations. Document filed by Marisol Cruz. Form D−P is due within 14 days to the Court of Appeals, Second Circuit.(km) (Entered: 03/27/2025) |
| 03/27/2025 | 70 | Application to Appeal In Forma Pauperis. Document filed by Marisol Cruz.(km) (Entered: 03/27/2025) |
| 03/27/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 69 Notice of Interlocutory Appeal.(km) (Entered: 03/27/2025) |
| 03/27/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 69 Notice of Interlocutory Appeal filed by Marisol Cruz were transmitted to the U.S. Court of Appeals.(km) (Entered: 03/27/2025) |